Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−34204−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rachel Berringer
   47 Georigian Blvd
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−7946

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after April 28, 2017 for the reason(s) indicated below.

☑  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 29, 2017
JAN: vpm

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rachel Berringer  
    Debtor

Case No. 13-34204-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 29, 2017  
                    Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.  
db        +Rachel Berringer,    47 Georgian Blvd,    Jackson, NJ 08527-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 22:05:48      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 22:05:48      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                                                                        TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Alexandra T. Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC NJECFMAIL@mwc-law.com  
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
          James J. Cerbone    on behalf of Debtor Rachel   Berringer cerbonelawfirm@aol.com  
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                                                    TOTAL: 6