**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rachel Berringer <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7946 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–34204–CMG | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rachel Berringer

4/26/17                                                **By the court:** Christine M. Gravelle
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Rachel Berringer
    Debtor

Case No. 13-34204-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Apr 26, 2017
    Form ID: 3180W    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db             +Rachel Berringer,    47 Georigian Blvd,    Jackson, NJ 08527-2549
514330653      +Discover,    Attn: Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
514330654      +GE Money Bank,    Attn: Portfolio Recovery & Affiliates,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
515264586      +Joesal Contruction,    34 Green Street,    Woodbridge, NJ 07095-3353
514572626      +Lakeview Loan Servicing, LLC,    Attn: Bankruptcy Department,    4425 Ponce De Leon Blvd,
                 Coral Gables, Florida 33146-1837
514330659      +Marc Cohen,    Attn: Superior Court of NJ,    71 Monument Park,    Freehold, NJ 07728-1747
514330660      +Medical Payment Data,    Attn: A-1 Collection Services,    101 Grovers Mill Road,
                 Lawrence, NJ 08648-4706
514330662      +Medical Payment Data,    AttN: ACB Receivables Management,    19 Main Street,
                 Asbury Park, NJ 07712-7012
514330663      +Medical Payment Data,    Attn: Bureau of Accounts,    PO Box 538,    Howell, NJ 07731-0538
514374940      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514330664       PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2017 23:09:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2017 23:09:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514529810      +EDI: STFC.COM Apr 26 2017 22:43:00      CACH, LLC,    4340 S. Monaco Street, 2nd Floor,
                 Denver, CO 80237-3485
514340180       EDI: DISCOVER.COM Apr 26 2017 22:43:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
514330655      +EDI: RMSC.COM Apr 26 2017 22:43:00      GE Money Bank,    Bankruptcy Dept,    PO Box 103104,
                 Roswell, GA 30076-9104
514330658       E-mail/Text: camanagement@mtb.com Apr 26 2017 23:08:55     M&T Bank,    Attn: Lending Services,
                 Customer Support,    PO Box 1288,    Buffalo, NY 14240-1288
514555600       EDI: PRA.COM Apr 26 2017 22:38:00      Portfolio Recovery Associates, LLC,    c/o Amazon,
                 POB 41067,    Norfolk VA 23541
514571741       EDI: PRA.COM Apr 26 2017 22:38:00      Portfolio Recovery Associates, LLC,    c/o Gap,
                 POB 41067,    Norfolk VA 23541
514570307       EDI: Q3G.COM Apr 26 2017 22:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514330657*     +GE Money Bank,    Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
514330656*     +GE Money Bank,    Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
514330661*     +Medical Payment Data,    Attn: A-1 Collection Services,    101 Grovers Mill Road,
                 Lawrence, NJ 08648-4706
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor   Lakeview Loan Servicing, LLC NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 26, 2017
                              Form ID: 3180W           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        James J. Cerbone    on behalf of Debtor Rachel  Berringer cerbonelawfirm@aol.com
        Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                       TOTAL: 6