| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | **Order Filed on August 19, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.: 13-34204-CMG<br><br>Chapter: 13 |
| **In Re:**<br><br>Rachel Berringer,<br>     Debtor. | Hearing Date: August 18, 2020<br><br>Judge: Christine M. Gravelle |

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtor(s): Rachel Berringer
Case No.: 13-34204-CMG
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

1. Proof of Claim filed on November 22, 2013, as Claim No. 2-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.